**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROSS LYNN LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No. CIV-06-525-M |
| ) | |
| OKLAHOMA CORRECTIONAL HEALTH ) | |
| MANAGEMENT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On September 29, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended (1) Defendants' motion to dismiss and Mary Chuckwama's motion to quash be denied; and (2) Defendant's motion to quash service of process on Pam Hoisington be granted. The parties' were advised of their right to object to the Report and Recommendation by October 19, 2006. A review of the file reveals that no objection has been filed.

Having carefully reviewed this matter *de novo*, the Court:

(1)   ADOPTS the Report and Recommendation issued by the Magistrate Judge on September 29, 2006;

(2)   DENIES Defendants' motion to dismiss and Mary Chuckwana's motion to quash;

(3)   GRANTS Defendants' motion to quash service on Pam Hoisington; and

(4)     RECOMMITS this action to the Magistrate Judge for further proceedings.

**IT IS SO ORDERED this 31st day of October, 2006.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE