IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROSS LYNN LANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-06-525-M |
| ) | |
| OKLAHOMA CORRECTIONAL HEALTH ) | |
| MANAGEMENT OF OKLAHOMA, INC.; ) | |
| MARY CHUCKWAMA, R.N.; and ) | |
| PAM HOISINGTON, R.N., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 19, 2007, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, in which Plaintiff alleges a violation of his constitutional rights. Magistrate Judge Bacharach recommends (1) that "Defendants Correctional Healthcare Management of Oklahoma, Inc., Mary Chuckwama, and Pam Hoisington['s] Motion for Summary Judgment" [docket no. 55] be granted as to Plaintiff's claim of deliberate indifference to medical needs and denied as to Plaintiff's claim of unauthorized disclosure of his HIV status and (2) that counsel be appointed for Plaintiff. The parties were advised of their right to object to the Report and Recommendation by July 9, 2007. All parties' timely filed objections.

Having carefully reviewed this matter *de novo*, the Court agrees with Magistrate Judge Bacharach's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by Magistrate Judge Bacharach on June 19, 2007; and

(2) GRANTS IN PART and DENIES IN PART "Defendants Correctional Healthcare Management of Oklahoma, Inc., Mary Chuckwama, and Pam Hoisington['s] Motion for Summary Judgment" [docket no. 55] as follows:

(a) The Court GRANTS the motion as to Plaintiff's claim of deliberate indifference to medical needs, and

(b) The Court DENIES the motion as to Plaintiff's claim of unauthorized disclosure of his HIV status.

Further, in accordance with the recommendation of Magistrate Judge Bacharach, the Court will appoint counsel for Plaintiff by a separate order.

**IT IS SO ORDERED this 2nd day of August, 2007.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE